MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE STATE OF NEVADA

| | |
|---|---|
| TRP FUND V, LLC, a Nevada Limited Liability Company,<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona Corporation registered with the Nevada Secretary of State as a foreign corporation; BANK OF AMERICA, N.A., a National Banking Association domiciled in the State of North Carolina; DOES I through X and ROE BUSINESS ENTITIES I through X inclusive,<br><br>                    Defendants. | Case No.: 2:22-cv-00830-DJA<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

TRP Fund V, LLC and Bank of America, N.A. (**BANA**) stipulate that BANA shall have through **June 30, 2022**, to file its response to TRP's complaint. The failure of BANA to previously file its response to TRP's complaint is a result of excusable neglect since BANA and TRP are seriously exploring settlement options. Good cause also exists to grant the requested extension so these parties can continue to explore settlement options. Settlement discussions includes this matter as well as other related quiet title matters in both in this court and in the state district court. Settlement discussions also include claims against National Default Servicing Corporation.

1    This is the parties' first request for an extension of this deadline and is not intended to cause

2 any delay or prejudice to any party.  Rather, it is intended as a firm date for the parties to either

3 resolve their dispute or move forward with this matter.  The parties do not, at this time, request the

4 court's assistance in mediating this matter.

5    DATED this 31st day of May, 2022.

6

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ Scott R. Lachman*  | */s/ John Henry Wright*  |
| MELANIE D. MORGAN, ESQ. | JOHN HENRY WRIGHT, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 6182 |
| SCOTT R. LACHMAN, ESQ. | 2340 Paseo Del Prado, Suite D-305 |
| Nevada Bar No. 12016 | Las Vegas, NV 89102 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorney for TRP Fund V, LLC* |
| | |
| *Attorneys for Bank of America, N.A.* | |

13

14

15    **IT IS SO ORDERED.**

16

17    _____

    UNITED STATES MAGISTRATE JUDGE

18
    DATED: June 1, 2022
19

20

21

22

23

24

25

26

27

28