WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant, Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRP FUND IV, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br>  vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona Corporation registered with the Nevada Secretary of State as a foreign corporation; BANK OF AMERICA, N.A., a National Banking Association domiciled in the State of North Carolina; DOES I through X and ROE BUSINESS ENTITIES I through X inclusive,<br><br>    Defendants. | Case No.:  2:22-cv-00830-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

COME NOW, Plaintiff TRP Fund V, LLC ("Plaintiff") and Defendant Bank of America, N.A. ("BANA"), by and through their respective counsel of record, and hereby stipulate and agree as follows:

The current deadline for BANA to respond to the Complaint (ECF No. 1-1) is June 30, 2022, pursuant to a prior stipulation and order for extension. ECF No. 13. Plaintiff and BANA are still engaged in efforts to reach an early resolution of Plaintiff's claims against BANA and seek to pursue those efforts in lieu of the time and expense of engaging in active litigation, unless and until those efforts have been exhausted and a resolution is not reached.

Accordingly, the parties agree that BANA's responsive pleading deadline should be continued by 14 days from June 30, 2022 to July 14, 2022.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. Rather, it is intended as a firm date for the parties to either resolve their dispute or move forward with this matter. The parties do not, at this time, request the Court's assistance in mediating this matter.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 30th day of June, 2022. | Dated this 30th day of June, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | THE WRIGHT LAW GROUP, P.C. |
| */s/ Christina V. Miller* | */s/ John Henry Wright* |
| Christina V. Miller, Esq. | John Henry Wright, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 6182 |
| 7785 W. Sahara Ave, Suite 200 | 2340 Paseo Del Prado, Suite D-305 |
| Las Vegas, NV 89117 | Las Vegas, NV 89102 |
| *Attorney for Defendant, Bank of America, N.A.* | *Attorneys for Plaintiff TRP Fund V, LLC* |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 5, 2022